IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In re: Application of:                )
                                      )
SCOTT ANGLIN,                         )         7:09CV5011
A Citizen of Texas,                   )
                                      )
         Plaintiff,                   )
    v.                                )         MEMORANDUM AND ORDER
                                      )
BARRY GRANT BURCHELL,                 )
                                      )
         Respondent.                  )

IT IS ORDERED:

1) The court hereby approves the parties' stipulation for resolution of Anglin's Second Revised Application for Order of Discovery for Use in a Foreign Action, (filing no. 19).

2) Anglin's Second Revised Application for Order of Discovery for Use in a Foreign Action, (filing no. 13), is granted in part and denied as follows:

   a. On or before July 17, 2010, Cabela's shall provide the information requested by Anglin's motion (filing no. 13) as required under the court's order dated June 3, 2010, (filing no. 16), and the parties' stipulation, (filing no. 19).

   b. In all other requests, Anglin's Second Revised Application for Order of Discovery for Use in a Foreign Action, (filing no. 13), is denied.

3) Anglin's initial and first amended application for an order of discovery for use in a foreign action, (filing nos. 1 and 11), are denied as moot.

4) The clerk shall mail a copy of this order, the court's order dated June 3, 2010 (filing no. 16), and the parties' stipulation (filing no. 19), to the following:

Barry G. Burchell                    The High Court of South Africa: Eastern Cape Division
Burchell Game Reserve                High Court Registers Office
PO Box 19                            106 High Street
Alicedale 6135, South Africa         Grahamstown, South Africa 6140

June 17, 2010.                       BY THE COURT:
                                     s/ *Cheryl R. Zwart*
                                     United States Magistrate Judge