IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT ANGLIN, A Citizen of Texas, | ) ) ) ) | 7:09CV5011 |
| Plaintiff, | ) ) | |
| V. | ) ) | ORDER |
| BARRY GRANT BURCHELL, | ) ) ) | |
| Respondent. | | |

Plaintiff has retained new counsel, who has entered his appearance in this matter.

IT THEREFORE IS ORDERED:

The motion to withdraw filed by Maren Lynn Chaloupka, (Filing No. 22), is granted.

DATED this 30th day of June, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge